# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| REEVES FAMILY REAL ESTATE, L.P., SELECT SITES, L.P. AND POHLIG BUILDERS, LLC, | : No. 284 MAL 2022 |
| Petitioners | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| BOARD OF SUPERVISORS OF SCHUYLKILL TOWNSHIP AND GLENN MAKELA, | : |
| Respondents | : |
| REEVES FAMILY REAL ESTATE, L.P., SELECT SITES, L.P. AND POHLIG BUILDERS, LLC, | : No. 285 MAL 2022 |
| Petitioners | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| BOARD OF SUPERVISORS OF SCHUYLKILL TOWNSHIP AND GLENN MAKELA, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is

**DENIED**.